UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENNIS VALENTINE, JR.

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 10-510-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 2, 2012 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the decision of the Commissioner denying benefits is REVERSED and the matter is REMANDED to the Commissioner for further proceedings consistent with the ruling of this court.

Further, the Commissioner is directed to forward a copy of the Court's opinion and report to the ALJ hearing the matter on remand.

Baton Rouge, Louisiana, this 2nd day of April, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE